IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATAVIS BAYNARD,

      Appellant,

 v.                                Case No.  5D22-2573
                                       LT Case Nos.2020-CF-001378
                                                  2016-CF-000675

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 17, 2023

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Natavis Baynard, Lake Butler,
pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


MAKAR and BOATWRIGHT, JJ., concur.
EDWARDS, J., concurs specially, with opinion.

EDWARDS, J., specially concurring.

I note that affirming the order denying Appellant's Florida Rule of Criminal Procedure 3.800(a) motion will not prevent Appellant from pursuing any other post-conviction relief if he can do so in good faith.